*Bowman* for defendant.
*Elmendolph* for plaintiff.

---

## JULY TERM, 1799.

## Post *vs*. Van Dine.

WRIT returnable April Term laft; declaration filed 6th of May; 11th of June notice of bail; 13th, exception filed; on the 11th of July the Rule for bringing in the body had expired, and plaintiff refufed to accept of additional bail unlefs they would juftify; on the fame day notice of the fecond bail was given, and an offer made by

defendant to depofit a fum of money to the full amount as fecurity. Two more bail were then put in with notice of juftification on the 19th July, but they now juftified in open Court. The defendant alfo fwore to merits.

On the above ftatement of facts a motion was now made for an attachment againft the fheriff. Sellon's Practice, 214, was cited to fhew that where a trial is loft, an attachment is to go and to remain as a fecurity; vide to the fame point, 4 Durn. and Eaft. 352.

On the other fide it was faid the cafe in Sellon was where an attachment had already iffued.

*Per Curiam.* At the laft circuit there was no time to try a junior caufe, fo that no trial has in reality been loft. As the defendant has fworn to merits, and as money to the full amount in lieu of bail was tendered on the 11th of July and refufed, and as bail has fince juftified, this motion muft be denied, but on payment of the cofts of the Rule to fhew caufe and of the motion, by the fheriff.

Eacker for plaintiff.
Walton for the defendant.